UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADASHA TURNER,<br><br>          Plaintiff,<br><br>   v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>          Defendant. | C17-001 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 10, indicating that the dispute in this matter is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), the Court sets the following dates and deadlines:

| | |
|---|---|
| BENCH TRIAL DATE (1 day) | 1/16/2018 |
| Deadline for filing administrative record | 3/31/2017 |
| Deadline for filing any motion to conduct limited discovery (such motion to be noted for the third Friday after filing) | 5/11/2017 |
| Deadline for filing dispositive motions | 9/14/2017 |
| Agreed pretrial order due | 12/29/2017 |
| Trial briefs and proposed findings of fact and conclusions of law due | 12/29/2017 |
| Pretrial conference scheduled for | 1/5/2018 at 2:00 PM |

MINUTE ORDER - 1

1    The dates and deadlines set forth herein are firm and can be changed only by order of the Court.  The Court will alter this case schedule only upon good cause shown.  Counsel must be prepared to begin trial on the date scheduled, but should understand that the trial might have to await the completion of other cases.

   The administrative record shall be filed under seal via the Case Management and Electronic Case Files ("CM/ECF") system.  A working copy of the administrative record must be provided to the Court at the time any dispositive motion is filed or at the time trial briefs are submitted, whichever occurs first.  The working copy shall be three-hole punched, appropriately tabbed, and bound by rubbers bands or clips.

   If this case settles, counsel shall immediately notify Karen Dews at (206) 370-8830; failure to do so constitutes grounds for sanctions.  <u>See</u> Local Civil Rule 11(b).

   A copy of this Minute Order shall be sent to all counsel of record.

   Dated this 7th day of March, 2017.

<u>William M. McCool</u>  
Clerk

<u>s/Karen Dews</u>  
Deputy Clerk

MINUTE ORDER - 2