UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADASHA TURNER,

           Plaintiff,

  v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

           Defendant.

C17-1 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    Defendant's motion for reconsideration, docket no. 18, is DENIED. Defendant was on notice of the discovery sought by plaintiff (the interrogatories and requests for production having been attached to plaintiff's motion for limited discovery, docket no. 14) and it had an opportunity to respond and be heard. To the extent that defendant contends the information requested is not available or that the burden or expense of its production is not proportional to the needs of the case or would outweigh its likely benefit, <u>see</u> Fed. R. Civ. P. 26(b)(1), defendant may set forth such objection in its response, which remains due on August 16, 2017.

      (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 28th day of July, 2017.

                                                          William M. McCool
                                                          Clerk

                                                          s/Karen Dews
                                                          Deputy Clerk

MINUTE ORDER - 1