UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ADASHA TURNER, | |
|---|---|
| Plaintiff, | |
| v. | C17-1 TSZ |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | MINUTE ORDER |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' joint request, docket no. 46, the deadline set in the Order entered December 4, 2017, docket no. 44, for counsel to submit a Joint Status Report concerning whether the parties wish to proceed to trial on the sole issue of the amount of the Death Benefit under the policy at issue is EXTENDED to December 19, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of December, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1