1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8

ADASHA TURNER,

9

Plaintiff,

10

v.

C17-1 TSZ

11

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

MINUTE ORDER

12
13

Defendant.

14

The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

15
16

(1)    Having reviewed the parties' Joint Status Report, docket no. 48, indicating
that the parties are attempting to resolve the sole issue remaining for trial, namely the
amount of the Death Benefit under the policy at issue, the Court ORDERS as follows:

17
18
19

(a)    The one-day bench trial date of January 16, 2018, the pretrial
conference date of January 5, 2018, and the related deadlines for filing an agreed
pretrial order, trial briefs, and proposed findings of fact and conclusions of law are
STRICKEN;

20

(b)    On or before February 2, 2018, the parties shall file a Joint Status
Report indicating whether they wish to proceed to trial and, if so, when they will
be prepared to do so; and

21
22

(c)    If no Joint Status Report is timely filed, the Court will assume that
the parties have reached a settlement, and this case will be administratively closed.

23

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of December, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2